IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLORADO

                          JUDGE PHILIP A. BRIMMER

                            COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: June 15, 2012 |
| Court Reporter: Janet Coppock | Time: 24 minutes |
| Probation Officer: Jan Woll | Interpreter: Susanna Cahill |

**CASE NO. 11-CR-00086-PAB-02**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Susan Knox |
| Plaintiff, | |
| vs. | |
| **2. MANUEL MARTINEZ-DIAZ,** | Lisa Polansky |
| Defendant. | |

                                SENTENCING

**10:06 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Interpreter sworn with no challenges to her qualifications.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Ms. Polansky addresses sentencing.

Ms. Polansky tenders defendant's **exhibits A through F** (inclusive) to the Court.

Ms. Knox addresses sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **February 21, 2012** to count **One of the Information.**
**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **48** months.

Defendant is advised that if he enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecutions.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Government's Motion Regarding Acceptance of Responsibility (Doc #267) is **GRANTED.**

**ORDERED:** Government's Motion to Dismiss Indictment and Superseding Indictment (Doc #268) is **GRANTED.**

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**10:30 a.m.   COURT IN RECESS**

**Total in court time:**     24 minutes                           **Hearing concluded**